IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VERNARD MILES,

      Plaintiff,

vs.                                                          No. CV 16-00118 KG/CG

GREGG MARCANTEL, et al.,

      Defendants.

## JUDGMENT

**THIS MATTER** is before the Court on Plaintiff Vernard Miles' 42 U.S.C. § 1983 complaint (Doc. 1), and the Court having entered its Order of Dismissal dismissing Plaintiff's claims under Fed.R.Civ.P. 41(b) for failure to comply with the Court's Orders,

**IT IS ORDERED** that Judgment is entered against Plaintiff Vernard Miles, and the 42 U.S.C. § 1983 complaint (Doc. 1) and all claims and causes of action in this civil proceeding are **DISMISSED** without prejudice.

_____
**UNITED STATES DISTRICT JUDGE**