IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERNARD MILES,

    Plaintiff,

vs.                                                   Civ. No. 16-118 KG/CG

GREGG MARCANTEL, et al,

    Defendants.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Memorandum Opinion and Order of Dismissal entered herewith, the Court issues its Final Judgment disposing of this case.

IT IS ORDERED, ADJUDGED, AND DECREED that this civil action is dismissed with prejudice.

_____
UNITED STATES DISTRICT JUDGE